UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN L. BURINGTON; SANDRA BURINGTON,<br><br>            Plaintiffs,<br><br>v.<br><br>T.D. SERVICE COMPANY; *et. al.*,<br><br>            Defendants. | Civil No. 09cv1028 L(NLS)<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS AND TO STRIKE ALLEGATIONS WITHOUT PREJUDICE [doc. #7] and DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT AS MOOT [doc. #13]** |

      Defendant Bank of America, N.A. and T.D. Service Company filed a motion to dismiss the complaint and to strike certain allegations from the complaint. [doc. #7]. Rather than address defendants' motion, plaintiffs filed motions for leave to file a first amended complaint and to remand the action.

      A party may amend its pleading once as a matter of course before being served with a responsive pleading. FED. R. CIV. PROC. 15(a)(1)(A). A motion such as a motion to dismiss or a motion to strike is not a pleading, and therefore not a responsive pleading, as the term is used in the Federal Rules of Civil Procedure. FED. R. CIV. PROC. 7(a); *see Crum v. Circus Circus Enters.*, 231 F.3d 1129, 1130 n.3 (9th Cir. 2000). Accordingly, plaintiffs were able to file their first amended complaint without seeking leave of court. *See id.*

      An amended complaint supersedes a prior complaint as a pleading. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997). A district court may treat as moot a pending motion

to dismiss when an amended pleading is filed.  *See* William W. Schwarzer *et al.*, FED. CIV. PROC. BEFORE TRIAL ¶ 9:262 (2009).

Accordingly, defendants' motion to dismiss and to strike allegations are **DENIED AS MOOT AND WITHOUT PREJUDICE**.  Plaintiffs' motion for leave to file a first amended complaint is **DENIED AS MOOT**.  Plaintiffs' shall file their amended complaint within three days of the filing of this Order.  Defendants shall file a response to the first amended complaint within the time provided in Rule 15(a)(3).  Plaintiffs' motion to remand [doc. #14] remains set for hearing on September 14, 2009 at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: July 20, 2009

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL